# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Francisco Ernesto Garcia Lopez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00644-RJC |
| | ) | 3:14-cr-00037-RJC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2016 Order.

September 27, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court